No. 838. MOON v. JONES, COUNTY CLERK; and

No. 862. FRANKLIN SOCIETY FOR HOME BUILDING & SAVINGS v. BENNETT, ATTORNEY GENERAL, ET AL. April 22, 1940. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a substantial federal question. *Bell's Gap R. Co.* v. *Pennsylvania,* 134

U. S. 232, 237; *Northwestern Life Ins. Co.* v. *Wisconsin,* 247 U. S. 132, 138–139; *Alward* v. *Johnson,* 282 U. S. 509, 513–514.   Messrs. *Seth T. Cole, Martin Saxe, Edward F. Colladay,* and *S. F. Colladay* for appellant in No. 838. Messrs. *James A. Davis* and *Leon Quat* for appellant in No. 862.   Messrs. *John J. Bennett, Jr.,* Attorney General of New York, *Henry Epstein,* Solicitor General, and *Jack Goodman,* Assistant Attorney General, for appellees.